THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EUGENIA STRATTON, Defendant-Appellant.

(No. 74-98;

Second District (2nd Division)—August 4, 1975.

Opinion by Mr. PRESIDING JUSTICE RECHENMACHER.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

James M. Carr, State's Attorney, of Sycamore (James W. Jerz, of Illinois State's Attorneys Association, of counsel), for the People.